IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00023-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TONY DARRELL GAINES,<br><br>Defendant. | ORDER |

This matter comes before the court on Defendant's motion to correct a scrivener's error in the parties' agreement to revoke Defendant's supervised release without a hearing [DE 49]. That agreement, located at Docket Entry 48, reflects an agreed-upon sentence of 6 months. *See* DE 48 at 2. But "the parties agreed that [Defendant would] serve an active sentence of 12 months and one day," not 6 months. DE 49 at 2.

Accordingly, for good cause shown, Defendant's motion to correct is GRANTED. The corrected Agreement and Revocation Judgment (attached as an exhibit to this order) will supersede and be substituted for the previously filed agreement at Docket Entry 48.

SO ORDERED this 14th day of May, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE